David Wallace, OSB# 170783
7327 SW Barnes Rd, #421
Portland, Oregon 97225
T: 503-896-6543
David@dtwallace.com
Plaintiffs' Attorney

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **William Travis Dillon,** | Case No.: **3:25-cv-02017** |
| Plaintiff, | |
| v. | |
| **CLACKAMAS COUNTY; and** | **Stipulated Joint 26(f) Report** |
| **DEPUTY ERIK McGLOTHIN,** | |
| **in his individual capacity,** | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 26(f) and Local Rule 26-1, counsel for the parties conferred for the purpose of planning discovery in this action. David Wallace, Wallace Law Firm, attended for Plaintiff. Shawn Lillegren, Senior Assistant Legal Counsel, Clackamas County Office of County Counsel, attended for Defendants.

Plaintiff and Defendants jointly propose the following discovery plan for this action pursuant to Fed. R. Civ. P. 26(f)(3):

1. Initial Disclosures: The parties waived initial disclosures.

2. Subjects of Discovery: The parties anticipate that discovery will concern the claims and defenses asserted in the pleadings, including the factual bases for the allegations, defenses, and damages claimed, as well as any other matters properly discoverable under the Federal Rules of Civil Procedure.

3. Issues Regarding Electronically Stored Information ("ESI"): The parties do not presently foresee any significant issues relating to the preservation,

1

collection, or production of electronically stored information that would require the Court's intervention at this time. If any such issues arise, the parties will meet and confer in good faith to attempt to resolve them before seeking judicial assistance.

4. Claims of Privilege or Protection: The parties will confer in good faith regarding any disputes concerning claims of privilege, work-product protection, or other protection applicable to discovery materials. If the parties are unable to resolve any such dispute, they will proceed in accordance with the Federal Rules of Civil Procedure and the Local Rules of this Court.

5. Limitations on Discovery: The parties do not presently anticipate any limitations on discovery beyond those set forth in the Federal Rules of Civil Procedure and the Local Rules. The parties anticipate submitting a proposed stipulated protective order governing the treatment of confidential information produced in discovery.

6. Any Other Necessary Orders: At this time, the parties do not anticipate the need for any additional orders under Federal Rules of Civil Procedure 16 or 26, other than the entry of a scheduling order governing the deadlines set forth below and any stipulated protective order submitted by the parties.

7. Proposed Schedule for Conducting Discovery/Disclosures/Dispositive Motions: The parties respectfully request that the Court enter the following case management deadlines in this matter:

PRETRIAL SCHEDULING ORDER PROPOSED DEADLINES

Complete fact discovery: June 16, 2026

Serve initial expert disclosures: July 28, 2026

Serve rebuttal expert disclosures: August 27, 2026

Complete expert discovery: September 29, 2026

File Joint ADR Report and all dispositive motions: October 29, 2026

Plaintiff and Defendants agree to the proposals set forth above, unless otherwise noted, and further agree to request modification of any deadlines set

by the Court as appropriate under Local Rule 16-3.

/s/ Shawn Lillegren
Shawn Lillegren, Senior Assistant Legal Counsel
Clackamas County Office of County Counsel
2051 Kaen Road, Suite 254
Oregon City, OR 97045
503.742.5393
Defendants Attorney

April 13, 2026.

s/David Wallace, Esq.
David Wallace, OSB# 170783
Wallace Law Firm
7327 SW Barnes Rd, #421
Portland, Oregon 97225
T: 503-896-6543
David@dtwallace.com
Attorney for Plaintiff

3

# CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing: Joint 26(f) Report to the following parties at the addresses set forth below:

Shawn A. Lillegren, OSB No. 033750
Senior Assistant Legal Counsel
slillegren@clackamas.us
Office of Clackamas County Counsel
2051 Kaen Road
Oregon City, OR 97045-1819
Phone: 503-655-8362
Fax: 503-742-5397
Of Attorneys for Defendants

via the methods indicated below:

    ___    United States Postal Service, ordinary first-class mail.
    ___    United States Postal Service, certified or registered mail.
    ___    Hand delivery
    ___    Electronic Filing through the court's eFiling system.
    _x_    Other (specify): email

April 13, 2026.

s/David Wallace, Esq.
David Wallace, OSB# 170783
7327 SW Barnes Rd, #421
Portland, Oregon 97225
T: 503-896-6543
David@dtwallace.com
Plaintiffs' Attorney

4